IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

ADENA RAE SAVAGE,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CV 25-100-BLG-TJC

**ORDER**

Plaintiff Adena Rae Savage has filed a Stipulated Motion for Attorney Fees. (Doc. 25.) The motion and supporting documents, however, do not relate to Ms. Savage, but rather to a different individual named Franklin James Wickert. (*See* Docs. 25, 26.) Accordingly, Plaintiff has not properly supported the request for attorney fees with regard to Ms. Savage. Plaintiff's motion is, therefore, **DENIED without prejudice**.

DATED this 25th day of November, 2026.

TIMOTHY J. CAVAN
United States Magistrate Judge